FILED:  May 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1434

(1:14-cv-01789-TSE-JFA)

_____

WILLIAM HANBACK

> Plaintiff - Appellant

v.

DRHI, INC.; D.R. HORTON, INC.

> Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 06/22/2015

Opening brief due: 06/22/2015

Response brief due: 07/27/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk